IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| ISAIAH THOMAS WALKER<br>RICHARD GARLAND JONES | : | VIOLATIONS:<br>18 U.S.C. § 2113(d) (armed bank robbery - 1 count)<br>18 U.S.C. § 2 (aiding and abetting)<br>Notice of Forfeiture |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT**:

On or about April 8, 2019, in Brownstown, West Earl Township, in the Eastern District of Pennsylvania, defendants

**ISAIAH THOMAS WALKER, and**
**RICHARD GARLAND JONES**

knowingly and unlawfully, by force and violence, and by intimidation, took, and aided and abetted the taking, from an employee of Univest Bank, 4250 Oregon Pike, Brownstown, West Earl Township, Pennsylvania, of lawful currency of the United States, that is, approximately $117,000, belonging to, and in the care, custody, control, management and possession of Univest Bank, the deposits of which were insured by the Federal Deposit Insurance Corporation, and in doing so, defendants WALKER and JONES knowingly and unlawfully assaulted and put in jeopardy the lives of the Univest Bank, and other persons, by use of a dangerous weapon, that is, a facsimile firearm, which resembled a Glock, semiautomatic pistol.

In violation of Title 18 United States Code, Sections 2113(d) and 2.

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violation of Title 18, United States Code, Section 2113(d), set forth in this indictment, defendants

**ISAIAH THOMAS WALKER, and
RICHARD GARLAND JONES**

shall forfeit to the United States of America all facsimile firearms and ammunition involved in the commission of such offense, including, but not limited to:

a)   one facsimile firearm that resembles a Glock semiautomatic pistol.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

In violation of Title 18, United States Code, Sections 2113(a), (d), and 2.

**A TRUE BILL:**

_____
**FOREPERSON**

_____
**WILLIAM M. McSWAIN**
**United States Attorney**