UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | No. 5:20-cr-00100 |
| : | |
| ISAIAH THOMAS WALKER, : | |
| Defendant : | |

**O R D E R**

**AND NOW,** this 30th day of September, 2024, for the reasons set forth in the Opinion issued this date; **IT IS ORDERED THAT:**

1. The amended motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), ECF No. 96, is **DENIED**.

2. The motion for order and/or for relied pursuant to 18 U.S.C. § 3582(c)(2), ECF No. 98, is **DENIED**.

3. This case remains **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge